People of the State of Illinois, Plaintiff-Appellee, v. Albert Sanders and Foster Slaughter, Jr., Defendants-Appellants.

Gen. Nos. 51,813, 51,814. ■

First District, Second Division.

May 28, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Theodore A. Gottfried and James J. Doherty, Assistant Public Defenders, of counsel), for appellants; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Theodore A. Shapero, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.